IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DERRICK PERRY, individually and**
**on behalf of other similarly situated persons,**

**Plaintiff,**

**v.**

**WELLS FARGO HOME MORTGAGE,**
**A Division of Wells Fargo Bank,**
**National Association,**

**Defendant.**                                              No. 05-CV-0890-DRH

## ORDER

**HERNDON, District Judge:**

Today, the Court held oral argument by telephone in this case on Plaintiff's motion to lift the stay (Doc. 37). After hearing argument, the Court took the matter under advisement. Based on oral argument and the pleadings, the Court grants Plaintiff's motion to lift stay (Doc. 37).

The Court finds that it is prejudicial to potential members of the collective class whose claims could be held up as the statute of limitations runs. While Defendant expresses a willingness to enter into a tolling agreement or stipulation as to the statute of limitations, one has not been consummated. For the present time, the Court will continue to receive consents from persons who wish to opt in this litigation. The parties will move in the ordinary course of business in this litigation toward notification. Further, the Court directs the parties to attempt to

coordinate this litigation with the California litigation, if possible. The Court assumes that any plaintiffs who opt in this litigation are necessarily opting out of the California litigation and would not be covered by the California Court order. The Court **ORDERS** Defendant to notify the Court of any participants in this litigation that have also opted in for either of the California litigations.

    **IT IS SO ORDERED.**

    Signed this 9th day of February, 2006.

/s/      David RHerndon  
United States District Judge
