IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DERRICK PERRY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-890-DRH** |
| ) | |
| **WELLS FARGO HOME MORTGAGE, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

In light of plaintiff's pending motion for certification of a conditional collective action pursuant to 29 U.S.C. § 216(b) **(Doc. 31)**, the scheduling conference set before this Court on March 7, 2006, is **CANCELLED**.

After consultation with U.S. District Judge David R. Herndon, it is agreed that the **February 27, 2006**, deadline for defendant to respond to the motion for certification of a conditional collective action shall remain in effect.

**IT IS SO ORDERED.**

DATED:  February 16, 2006

s/ Clifford J. Proud<br>
**CLIFFORD J. PROUD**<br>
**U. S. MAGISTRATE JUDGE**